| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |
|   |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **LaBelle Furniture Gallery, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-3008539** |
| **4.** | **Debtor's address** | **Principal place of business**  **1560 Hempstead Turnpike**  **Elmont, NY 11003**  Number, Street, City, State & ZIP Code  **Nassau**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **LaBelle Furniture Gallery, Inc.**    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor   **LaBelle Furniture Gallery, Inc.**                                   Case number (*if known*)
              Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
   Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **LaBelle Furniture Gallery, Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 5, 2016**
MM / DD / YYYY

**X** **/s/ Claude Dorce**                                      **Claude Dorce**
Signature of authorized representative of debtor                Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ John Lehr**                                         Date **August 5, 2016**
Signature of attorney for debtor                                MM / DD / YYYY

**John Lehr**
Printed name

**John Lehr, P.C.**
Firm name

**1979 Marcus Avenue**
**Suite 210**
**New Hyde Park, NY 11042**
Number, Street, City, State & ZIP Code

Contact phone  **516-200-3523**    Email address  **jlehr@johnlehrpc.com**

**jl3495**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **LaBelle Furniture Gallery, Inc.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bibin Kuriakose**<br>**125 Greenway East**<br>**New Hyde Park, NY 11040** | | **Judgment** | | | | **$2,105.66** |
| **Claude Dorce**<br>**41 Paerdegat 15th Street**<br>**Brooklyn, NY 11236** | | | | | | **$0.00** |
| **Furniture of America**<br>**c/o Gutman & Gutman**<br>**19 Roslyn Road**<br>**Mineola, NY 11501** | | **Judgment** | | | | **$4,412.00** |
| **Marie Clermont Ruban**<br>**11 Milburn Avenue**<br>**Hempstead, NY 11550** | | **Monies alleged due** | **Contingent Unliquidated Disputed** | | | **$125,000.00** |
| **Marjorie Laurore**<br>**2292 Lancaster Ave**<br>**Baldwin, NY 11510** | | **Judgment** | | | | **$5,720.00** |
| **Michael Sawka**<br>**c/o Albanese & Albanese**<br>**1050 Franklin Ave # 500**<br>**Garden City, NY 11530** | | **Landlord** | | | | **$0.00** |
| **NYS Department of Tax**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | | **Sales Tax Liability** | **Contingent Unliquidated Disputed** | | | **$12,656.00** |
| **PSEG Long Island**<br>**PO Box 888**<br>**Hicksville, NY 11802** | | **Utility** | **Contingent Unliquidated** | | | **$5,000.00** |

Debtor **LaBelle Furniture Gallery, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rapid Capital Funding II** **11900 Biscayne Blvd** **Miami, FL 33181** | | **Judgment** | | | | $22,615.00 |
| **Slomins Inc** **125 Lauman Lane** **Hicksville, NY 11801** | | **Judgment** | | | | $2,085.00 |
| **The Energy Cons. Grp LLC** **c/o Jay Press PC** **255 Executive Drive, Suite 400** **Plainview, NY 11803** | | **Utility** | **Contingent Unliquidated Disputed** | | | $1,008.00 |
| **Therapedic Sleep Products** **c/o Gutman & Gutman** **19 Roslyn Road** **Mineola, NY 11501** | | **Judgment** | | | | $5,861.00 |
| **Theresa A Khan** **224-11 Fairbury Ave** **Queens Village, NY 11428** | | **Judgment** | | | | $1,712.98 |

Bibin Kuriakose
125 Greenway East
New Hyde Park, NY 11040


Claude Dorce
41 Paerdegat 15th Street
Brooklyn, NY 11236


Furniture of America
c/o Gutman & Gutman
19 Roslyn Road
Mineola, NY 11501


Marie Clermont Ruban
11 Milburn Avenue
Hempstead, NY 11550


Marjorie Laurore
2292 Lancaster Ave
Baldwin, NY 11510


Michael Sawka
c/o Albanese & Albanese
1050 Franklin Ave # 500
Garden City, NY 11530


NYS Department of Tax
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


Peter Helder Bernard
Bernard & Yam
212-47 Jamaica Ave
Suite 200
Queens Village, NY 11428


PSEG Long Island
PO Box 888
Hicksville, NY 11802


Rapid Capital Funding II
11900 Biscayne Blvd
Miami, FL 33181

Raymond A Fleck, Esq.
1205 Franklin Ave #300
Garden City, NY 11530


Slomins Inc
125 Lauman Lane
Hicksville, NY 11801


The Energy Cons. Grp LLC
c/o Jay Press PC
255 Executive Drive,
Suite 400
Plainview, NY 11803


Therapedic Sleep Products
c/o Gutman & Gutman
19 Roslyn Road
Mineola, NY 11501


Theresa A Khan
224-11 Fairbury Ave
Queens Village, NY 11428

# United States Bankruptcy Court
## Eastern District of New York

In re  **LaBelle Furniture Gallery, Inc.**                                     Case No.
                                              Debtor(s)                        Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **LaBelle Furniture Gallery, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Claude Dorce**
**41 Paerdegat 15th Street**
**Brooklyn, NY 11236**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August  5, 2016** | **/s/ John Lehr** |
| Date | **John Lehr jl3495** |
| | Signature of Attorney or Litigant |
| | Counsel for  **LaBelle Furniture Gallery, Inc.** |
| | **John Lehr, P.C.** |
| | **1979 Marcus Avenue** |
| | **Suite 210** |
| | **New Hyde Park, NY 11042** |
| | **516-200-3523** |
| | **jlehr@johnlehrpc.com** |