# EXHIBIT E

CI 25 10-15

#43

~~DISTRICT~~ COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Part **LT**

---------------------------------------- x

Michael Sawka,
　　　　　　　Petitioner,

STIPULATION _____

Index No. **774/2016**

Mot. Cal. No. _____

La Belle Furniture Gallery, Inc,
　　　　　　　Respondent. x

Date ~~7/7/2016~~ 7/21/16

IT IS HEREBY STIPULATED AND AGREED by and between the below-named attorney(s) as follows:

The parties agree that Respondent shall pay to Petitioner the sum of $110,000.00 in accordance with the following payment plan:

$50,000.00 to be paid on or before August 1, 2016.
$20,000.00 to be paid on or before September 1, 2016.
$20,000.00 to be paid on or before October 1, 2016.
$20,000.00 to be paid on or before November 1, 2016.

The parties agree that time is of the essence for each of these payments. If Respondent fails to comply with any of these payments, the Petitioner shall be granted a money judgment in the amount of $137,000.00 less any monies paid.

Petitioner is granted a judgment of possession and warrant of eviction forthwith. Execution of warrant

Date:

So Ordered

ENTER:
　　　　J.D.C.

Attorney for Plaintiff/Petitioner

Attorney for Defendant/Respondent

Attorney for Defendant/Respondent

M-3536  DC 293  3/02

pg 1

COURT OF THE STATE OF NEW YORK
TY OF NASSAU

———————————————————— x

Michael Sawka,
　　　　　Petitioner,

La Belle Furniture Gallery, Inc.,
　　　　　Respondent. x

Part _LT_

STIPULATION _____

Index No. _774/16_

Mot. Cal. No. _____

Date _7/21/16_

IT IS HEREBY STIPULATED AND AGREED by and between the below-named attorney(s) as follows:

is stayed pending the Respondents compliance with the above-listed payments.

The parties agree that this agreement consolidates the monies owed by Respondent under Index Numbers LT 2540/15 and 774/16.

The parties shall also discontinue Nassau County Supreme Court Index No. 604011/2016 within 7 days of this Stipulation.

The payments contained herein shall be made by certified funds.

The parties withdraw the currently pending Order to Show Cause under Index No. LT 2540/15.

Date: 7/21/16

So Ordered

So Ordered

ENTER: _____
J.D.C.
.ION: SCOTT FAIRGRIEVE

Attorney for Petitioner
Attorney for Plaintiff/Petitioner

Attorney for Defendant/Respondent

Attorney for Defendant/Respondent

pg 2