# EXHIBIT F

DISTRICT COURT OF THE COUNTY OF NASSAU
FIRST DISTRICT: LANDLORD/TENANT PART
MICHAEL SAWKA,
Petitioner (Landlord)

against

LA BELLE FURNITURE GALLERY, INC.,
Respondent (Tenant)

AFFIDAVIT FOR JUDGMENT

Index No.:    774/2016

---

Matthew A. Tedone, Esq. being duly sworn, deposes and says:

1. Your deponent is the attorney for the above Petitioner/Landlord and as such, I am fully familiar with the facts and circumstances which will be set forth in this Affidavit for Judgment.

2. On July 21, 2016, my associate John E. Schaeffer, Jr., Esq. appeared on behalf of the Petitioner, my client, in the above-captioned proceeding in this Court. John A. Weber IV, Esq. appeared on behalf of the Respondent, La Belle Furniture Gallery, Inc.

3. The attorneys agreed upon a stipulation for the Respondent to pay the balance of the arrears which totaled $110,000.00 in accordance with a payment plan set forth in the Stipulation of Settlement. That Stipulation of Settlement was executed in court and was submitted to the judge presiding. The Stipulation of Settlement was "So Ordered" by Judge Fairgrieve was then filed with this Court. A copy of that So Ordered Stipulation of Settlement, upon which this Affidavit is based, is attached hereto as Exhibit A.

4. However, the first payment in the amount of $50,000.00 which was due and owing on August 1, 2016 time of essence under the Stipulation has not yet been paid.

5. Therefore, the Petitioner/Landlord is entitled to judgment for total arrears of $137,000.00, together with judgment of eviction and warrant for eviction.

6. No other request for this or any similar relief has been made.

WHEREFORE, your affiant requests that judgment of eviction be entered, including judgment in the sum of $137,000.00 for arrears due and owing, together with warrant for the possession of the premises, and such other relief as the Court deems appropriate.

_____
Matthew A. Tedone

Sworn to before me this
2nd day of August, 2016

_____
Notary Public

CARYL LOPEZ
Notary Public, State of New York
No. 01LO6130028
Qualified in Nassau County
Commission Expires July 5, 2017

187676

EXHIBIT "A"

#43

DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Part LT

-----------------------------------x
Michael Sawka,
           Petitioner,

La Belle Furniture Gallery, Inc.,
           Respondent.
-----------------------------------x

STIPULATION

Index No. 774/2016

Mot. Cal. No. _____

Date ~~7/7/2016~~ 7/21/16

IT IS HEREBY STIPULATED AND AGREED by and between the below-named attorney(s) as follows:

The parties agree that Respondent shall pay to Petitioner the sum of $110,000.00 in accordance with the following payment plan:

    $50,000.00 to be paid on or before August 1, 2016.
    $20,000.00 to be paid on or before September 1, 2016.
    $20,000.00 to be paid on or before October 1, 2016.
    $20,000.00 to be paid on or before November 1, 2016.

The parties agree that time is of the essence for each of these payments. If Respondent fails to comply with any of these payments, the Petitioner shall be granted a money judgment in the amount of $137,000.00 less any monies paid.

Petitioner is granted a judgment of possession and warrant of eviction forthwith. Execution of warrant

Date: _____    Attorney for Plaintiff/Petitioner

So Ordered    Attorney for Defendant/Respondent

ENTER: _____
        J.D.C.    Attorney for Defendant/Respondent

pg 1

M-3536 DC 293 3/02

... COURT OF THE STATE OF NEW YORK
...TY OF NASSAU

---------------------------------------x
Michael Sawka,
        Petitioner,

La Belle Furniture Gallery, Inc.,
        Respondent.
---------------------------------------x

Part **LT**

STIPULATION

Index No. **774/16**

Mot. Cal. No. _____

Date **7/21/16**

IT IS HEREBY STIPULATED AND AGREED by and between the below-named attorney(s) as follows:

is stayed pending the Respondents compliance with the above-listed payments.

The parties agree that this agreement consolidates the monies owed by Respondent under Index Numbers LT 2540/15 and 774/16.

The parties shall also discontinue Nassau County Supreme Court Index No. 604011/2016 within 7 days of this Stipulation.

The payments contained herein shall be made by certified funds.

The parties withdraw the currently pending Order to Show Cause under Index No. LT 2540/15.

Date: 7/21/16

So Ordered

So Ordered

ENTER: _____
    J.D.C.

HON. SCOTT FAIRGRIEVE

_____
Attorney for Plaintiff/Petitioner

_____
Attorney for Defendant/Respondent

_____
Attorney for Defendant/Respondent

pg 2